IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALTON BELL, | No. CIV S-07-2594-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| USA, et al., | |
| Respondents. | |

Petitioner, an Arizona state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On December 19, 2007, petitioner was ordered to complete an application for leave to proceed in forma pauperis or pay the appropriate filing fee within 30 days.  Petitioner filed a response on January 15, 2008, stating he has requested the payment of the filing fees, but the prison has not yet complied.

The court will construe this response as a request for additional time in which to file his application for leave to proceed in forma pauperis or pay the filing fee, which will be granted.  Petitioner is again warned that failure to comply with this order may result in dismissal of this action.  See 28 U.S.C. § 1914; Local Rule 11-110.

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's request for additional time is granted; and

3  2. Petitioner shall, within 30 days of the date of this order, submit a

4 completed application for leave to proceed in forma pauperis or the appropriate filing fee.

6  DATED: January 24, 2008

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

2